UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | CASE NO. CR21-174 JCC |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | DETENTION ORDER |
| | **)** | |
| JERRY WAYNE KOHL, | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

Offenses charged:

   1.  Conspiracy to Distribute Controlled Substances

Date of Detention Hearing:    December 3, 2021.

       The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.      Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

01   is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

02   both dangerousness and flight risk, under 18 U.S.C. § 3142(e).   Defendant has a lengthy

03   criminal record including multiple convictions for possession of a controlled substance, attempt

04   to elude and assault.

05        2.     Defendant is a danger to the community because of his lengthy criminal history,

06   and his failure to comply with the terms of supervision.   Of particular note are his violations

07   of supervision following his 2015 conviction for possession of methamphetamine, where he

08   tested positive for methamphetamine four times and failed to participate in treatment.

09   Defendant has a long-term addition to methamphetamine, which he appears to have

10   underreported to Pre-trial services.   The proposed release address is not suitable as it is the

11   same address as the location of the alleged drug trafficking and the person who also lives at that

12   address has a criminal history involving a federal conviction for conspiracy to deliver cocaine.

13   Defendant does not contest detention in this matter at this time.

14        3.     There does not appear to be any condition or combination of conditions that will

15   reasonably assure the defendant's appearance at future Court hearings while addressing the

16   danger to other persons or the community.

17   It is therefore ORDERED:

18   1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

19       General for confinement in a correction facility separate, to the extent practicable, from

20       persons awaiting or serving sentences or being held in custody pending appeal;

21   2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

22   3.  On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

01   in charge of the corrections facility in which defendant is confined shall deliver the

02   defendant to a United States Marshal for the purpose of an appearance in connection with a

03   court proceeding; and

04   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

05   the defendant, to the United States Marshal, and to the United State Probation Services

06   Officer.

07         DATED this 3rd day of December, 2021.

08

09                                                     S. KATE VAUGHAN
                                                       United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3