THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY WAYNE KOHL,<br><br>　　　　　　　Defendant. | CASE NO. CR21-0174-JCC-13<br><br>ORDER |

This matter comes before the Court on the party's motion to seal certain criminal history materials. (Dkt. No. 619.) While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the nature of the information contained in the materials at issue, these criteria are met here. Accordingly, the motion to seal (Dkt. No. 619) are GRANTED and the Clerk is DIRECTED to maintain Docket Number 620 under seal.

ORDER
CR21-0174-JCC-13
PAGE - 1

DATED this 27th day of September 2023.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0174-JCC-13
PAGE - 2